BARNEY WEISSMAN and Another, Respondents, v. ELIAS A. KAMENETZKY, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs, and stay continued for thirty days. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAMSBURG SAVINGS BANK, Respondent, v. LYDIA E. GILMORE and PHOEBE A. IJAMS, Appellants. STUARD HIRSCHMAN, Respondent.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOHN AMBROZ, Respondent, v. LOFT, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MORRIS BALZER, Appellant, v. LOUISE BURGEVIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MINNIE BARRY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment reversed on the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the evidence presented a question of fact for the jury. (*Williams* v. *City of New York*, 214 N. Y. 259.)   Kelly, P. J., Rich, Jaycox Kelby and Young, JJ., concur.

MARIANNA FENSKI, Respondent, v. GUSTAVE H. FENSKI and GLENN C. PETTIT, as Executors, etc., of CAROLINE FENSKI, Deceased, Appellants.— Judgment reversed on the law and the facts, and a new trial granted, unless within twenty days plaintiff file a stipulation to reduce the judgment to the sum of $285. If such stipulation be so filed, the judgment as modified is unanimously affirmed, without costs.   Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

CHARLES FRANCIS, Respondent, v. EDWIN V. GRANT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

LEONIE C. HALSTEAD, as Executrix, etc., of SAMUEL H. HALSTEAD, Deceased, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and the facts, and a new trial granted, costs to abide the event, because of the error appearing in the charge of the trial court at folios 645 and 646, and also because the finding that the motorman was guilty of willful and wanton recklessness was against the weight of the evidence. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of RAYMOND W. ANDERSON, etc., Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of AMELIA M. BROWN, an Alleged Incompetent Person. AMELIA M. BROWN and Others, Appellants; JOSEPH H. BROWN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.